RICHARD ZIEMAN (CSB 230832)
1860 EL CAMINO REAL, STE 438
BURLINGAME, CA 94010
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN D. BRADBURY<br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br><br>Commissioner for Social Security<br><br>　　Defendant | Case No.: 3:19-cv-01667 WHO<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE RESPONSE TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGEMENT. |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 14 days in which to file Plaintiff's Response to Defendant's Cross Motion for Summary Judgment, pursuant to Civil L.R. 16-1(e). The response was due on Thursday, October 10, 2019. It is now due on Thursday, October 24, 2019.

//

//

//

DATED:   October 10, 2019        Richard Zieman /es/

                                 RICHARD ZIEMAN
                                 Attorney for Plaintiff


DATED:   October 10, 2019        Chantal Jenkins /es/

                                 CHANTAL JENKINS
                                 Specialist Assistant U.S. Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED: October 10, 2019          _____

                                 WILLIAM H. ORRICK
                                 United States District Judge